IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR180 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSA MONTOYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to reschedule the Rule 11 hearing.  Pursuant thereto,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Wednesday, August 17, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 8th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
      LYLE E. STROM, Senior Judge
      United States District Court