IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR180 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSA MONTOYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has been advised that defendant wishes to travel to Michoacan, Mexico, between the dates of December 10, 2010, through January 9, 2011.  The Court will permit defendant to travel to Mexico.  Accordingly,

IT IS ORDERED that defendant may travel to Michoacan, Mexico, between the dates of December 10, 2010, through January 9, 2011.

DATED this 22nd day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court